**AFFIRM; and Opinion Filed January 25, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00249-CR

**OCTAVIO PUENTE, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

### On Appeal from the Criminal District Court No. 4
### Dallas County, Texas
### Trial Court Cause No. F16-55240-K

## MEMORANDUM OPINION

Before Justices Myers, Molberg, and Osborne
Opinion by Justice Osborne

A jury convicted Octavio Puente for continuous sexual abuse of a child younger than fourteen years of age. The trial court assessed punishment at forty-three years' imprisonment. On appeal, appellant's attorney filed a brief in which he concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 812 (Tex. Crim. App. [Panel Op.] 1978) (determining whether brief meets requirements of *Anders*). Counsel delivered a copy of the brief to appellant. We advised appellant of his right to file a pro se response, but he did not file a pro se response. *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (noting appellant has right to file pro se response to *Anders* brief filed by counsel).

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeal is frivolous and without merit. We find nothing in the record that might arguably support the appeal.

We affirm the trial court's judgment.

/Leslie Osborne/_____
LESLIE OSBORNE
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

180249F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

OCTAVIO PUENTE, Appellant

No. 05-18-00249-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 4, Dallas County, Texas
Trial Court Cause No. F16-55240-K.
Opinion delivered by Justice Osborne.
Justices Myers and Molberg participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered this 25th day of January, 2019.